# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID M. PUTNAM & THERESA M. PUTNAM          Case Number: 04-73416
509 STAUNTON AVE.                                  SSN-xxx-xx-2409 & xxx-xx-7994
FLORENCE, AL  35630

Case filed on: 7/6/2004
Plan Confirmed on: 9/10/2004

D Dismissed

Total funds received and disbursed pursuant to the plan: $18,361.01          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 202 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DAVID M. PUTNAM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCE | 800.00 | 800.00 | 800.00 | 67.64 |
| 002 | FORD MOTOR CREDIT CORP | 1,300.00 | 1,300.00 | 1,300.00 | 109.73 |
| 003 | US BANK/RETAIL PAYMENT SOLUTIONS | 10,402.02 | 10,402.02 | 10,402.02 | 877.92 |
|  | Total Secured | 12,502.02 | 12,502.02 | 12,502.02 | 1,055.29 |
| 001 | AMERICAN GENERAL FINANCE | 1,475.07 | 1,475.07 | 68.23 | 0.00 |
| 002 | FORD MOTOR CREDIT CORP | 91.19 | 91.19 | 4.22 | 0.00 |
| 004 | ASPIRE VISA | 2,934.76 | 2,934.76 | 135.72 | 0.00 |
| 005 | CAPITAL ONE | 1,059.61 | 1,059.61 | 49.00 | 0.00 |
| 006 | CAPITAL ONE | 816.62 | 816.62 | 37.76 | 0.00 |
| 007 | PORTFOLIO RECOVERY ASSOCIATES | 2,541.40 | 2,541.40 | 117.53 | 0.00 |
| 008 | PROVIDIAN BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | US BANK/RETAIL PAYMENT SOLUTIONS | 385.62 | 385.62 | 17.83 | 0.00 |
| 011 | RESURGENT CAPITAL SERVICES | 7,739.10 | 7,739.10 | 357.91 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 2,039.43 | 2,039.43 | 94.31 | 0.00 |
|  | Total Unsecured | 19,082.80 | 19,082.80 | 882.51 | 0.00 |
|  | Grand Total: | 34,284.82 | 34,284.82 | 16,084.53 | 1,055.29 |

Total Paid Claimant:     $17,139.82
Trustee Allowance:       $1,221.19           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      4.62            discharging the trustee and the trustee's surety from any and all
                                             liablility on account of the within proceedings, and closing the estate,
                                             and for such other relief as is just.  Pursuant to FRBP, I hereby
                                             certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  11/30/2007          By  /s/Heather M. Fagan